UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

FLORENCE WALKER,                             **ORDER**

              Plaintiff,             17-CV-08120 (PMH)

v.

CROSLEY ODELL,

              Defendant.

----------------------------------------------------------X

The status conference scheduled for June 4, 2020 at 10:00 a.m. will be held telephonically. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.

Dated: New York, New York
      May 29, 2020

SO ORDERED:

_____
Philip M. Halpern
United States District Judge