

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

**VIA ECF**
Hon. Philip M. Halpern
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

July 31, 2020

    Re:    *Walker v. O'Dell,* 17-cv-8120 (PMH)

Dear Judge Halpern:

    This Office represents Defendant in the above-referenced action. I write, with the consent of Plaintiff's counsel, to respectfully request an adjournment of the status conference currently scheduled for August 5, 2020 before Your Honor, and a corresponding extension of the deadline for the parties to submit their Joint Pretrial Order (June 4, 2020 ECF Minute Entry), which is also due on that date. This is the first request for such an adjournment and extension. The requests are necessary due to the re-scheduled settlement conference before Judge Davison, which is now scheduled for August 25, 2020, and which has been rescheduled to allow this Office additional time to confirm settlement authority.

    Counsel have conferred and are available for a status conference the week of September 14th, except September 18th at 10:00 am, if convenient to the Court.

    Thank you for your consideration of the application herein.

> Application granted. The status conference currently scheduled for August 5, 2020 is adjourned until September 16, 2020 at 11:00 a.m. At the time of the scheduled conference all parties shall call (888) 398-2342; access code: 3456831. Additionally, the Joint Pretrial Order shall be submitted by September 14, 2020.
>
> SO ORDERED.
>
> *[signature]*
> _____
> Philip M. Halpern, U.S.D.J.
>
> Dated: New York, NY
>        August 3, 2020

Respectfully submitted,

*/s/ Deanna L. Collins*
Deanna L. Collins
Assistant Attorney General
28 Liberty Street, 18th Floor
New York, NY 10005
(212) 416-8906
Deanna.Collins@ag.ny.gov

• FAX (212) 416-6009 *NOT FOR SERVICE OF PAPERS