UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
FLORENCE WALKER,

                Plaintiff,

v.                                                                    **ORDER**

Dr. CROSSLEY O'DELL,                       17-CV-08120 (PMH)

                Defendant.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      As the parties have been advised, the Southern District of New York has adopted a centralized calendaring system for jury trials during the COVID-19 pandemic. Under the system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward.

      The Clerk's Office has now notified the Court that this case has been scheduled as the primary back up case for January 5, 2022. The case will proceed if the primary case does not go forward.

      The case must therefore be trial ready for that date. As soon as the Court confirms whether the matter will proceed during the week of January 5, 2022, it will inform the parties. If the case cannot proceed during the week of January 5, 2022, the Court will seek another jury trial date for as soon as possible thereafter.

      All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. On the day that you are due to arrive at the courthouse, click on the following weblink: https://app.certify.me/SDNYPublic. Follow the instructions and fill

out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used as the SDNY entry device at the courthouse entrance.

      The parties are directed to immediately notify the Court if they have reached a settlement.

SO ORDERED.

Dated: White Plains, New York
       December 9, 2021

_____
Philip M. Halpern
United States District Judge