UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
FLORENCE WALKER,

                Plaintiff,

v.                                                                             <u>ORDER</u>

Dr. CROSSLEY O'DELL,                                   17-CV-08120 (PMH)

                Defendant.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      On December 9, 2021, the parties were notified that this case had been scheduled as the primary back up case for January 5, 2022. The Court has since been informed that the primary case for January 5, 2022 will not proceed as scheduled. This case is now the primary case for January 5, 2022, and therefore, must be trial ready for that date.

      The Court will hold a telephonic conference on December 22, 2021 at 3:30 p.m. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831. The parties should be prepared to discuss, among other things, their joint pretrial order and all other pretrial submissions.

SO ORDERED.

Dated: White Plains, New York
       December 17, 2021

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge