UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FLORENCE WALKER,

                Plaintiff,

v.

                                                ORDER

DR. CROSLEY O'DELL,

                                                17-cv-08120-PMH

                Defendant.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

      The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 90.

Dated:  White Plains, New York
          December 20, 2021

                                                                         _____
                                                                           Philip M. Halpern
                                                                           United States District Judge